UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FERNANDO C GRIFFITH,

    Petitioner,

       v.                             CAUSE NO. 3:23-CV-224-JD-MGG

WARDEN,

    Respondent.

## ORDER

Fernando C. Griffith, a prisoner without a lawyer, filed a habeas corpus petition under 28 U.S.C. § 2254 to challenge his convictions for murder, arson, and burglary under Case No. 41C01-5-CF-114. Following a jury trial, on September 20, 2001, the Johnson Circuit Court sentenced him to life without parole. Pursuant to Section 2254 Habeas Corpus Rule 5, the respondents are ORDERED to enter an appearance by April 12, 2023, and to file a response to the petition with the entire State court record by May 31, 2023.

SO ORDERED on March 23, 2023

s/ Robert L. Miller, Jr.
JUDGE
UNITED STATES DISTRICT COURT