UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FERNANDO C. GRIFFITH,
　　*Petitioner,*

　　　　v.

WARDEN
　　*Respondent.*

No. 3:23-cv-224-MGG

### MOTION FOR RELIEF FROM
### ORDER TO FILE STATE-COURT RECORD

Respondent respectfully moves for relief from this Court's March 23, 2023, order to file the entire state-court record for the following reasons:

1.　　Petitioner Fernando Griffith challenges his custody for his 2001 Johnson County, Indiana, convictions in a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

2.　　This Court ordered Respondent to show cause for why the Court should not grant Griffith's petition and to submit the entire state-court record.

3.　　Respondent has filed a Response to Order to Show Cause with the exhibits that Rule 5 of the Rules Governing Section 2254 Cases requires (and then some).

4.　　Records of Griffith's trial and post-conviction proceedings were created and filed in the state appellate courts during his appeals. The direct-appeal record is not electronic and contains 16 transcript volumes, two exhibit volumes and an envelope, and four appendix volumes. The post-conviction record is electronic and contains two transcript volumes and four exhibit volumes.

5.      In the Response to Order to Show Cause, Respondent argues that Griffith's petition is barred by the statute of limitations, three of his grounds are not cognizable, and his fourth ground is procedurally defaulted. The exhibits attached to the Response make review of the entire state-court record unnecessary.

WHEREFORE, Respondent respectfully requests relief from producing the entire state-court record.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

/s/ Jesse R. Drum
Jesse R. Drum
Assistant Section Chief, Criminal Appeals

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South
302 West Washington Street, Fifth Floor
Indianapolis, Indiana 46204-2770
317-234-7018 (telephone)
Jesse.Drum@atg.in.gov

**CERTIFICATE OF SERVICE**

I certify that on May 31, 2023, I served the foregoing document upon the following person by first-class U.S. Mail, postage prepaid:

Fernando Griffith
105877
Miami Correctional Facility
3038 West 850 South
Bunker Hill, Indiana 46914-9810

/s/ Jesse R. Drum
Jesse R. Drum

2