UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FERNANDO C. GRIFFITH,

    Petitioner,

       v.                                              CAUSE NO. 3:23-CV-224-MGG

WARDEN,

    Respondent.

## ORDER

The Warden, by counsel, filed a response to the habeas petition and a motion

asking the court to excuse the Warden from the prior order directing the Warden to file

the entire State court record. The Warden explains that the direct appeal record in this

case is voluminous, not electronic, and irrelevant to substance of his response brief in

which he focuses on procedural issues. The court will excuse the Warden from

producing the direct appeal record at this time. Nevertheless, the court may reinstate

the order to produce the entire State court record and may order a round of briefing on

the merits after reviewing the parties' briefing on the procedural issues. At this time, the

court will also set a deadline for Griffith to file a traverse in reply to the Warden's

procedural arguments.

For these reasons, the court:

(1)  GRANTS the motion for relief (ECF 9);

(2) GRANTS Fernando C. Griffith until July 17, 2023, to file a traverse; and

(3) CAUTIONS Fernando C. Griffith that, if he does not respond by this deadline, the court may resolve the petition without the benefit of further briefing.

SO ORDERED on June 2, 2023

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge