UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FERNANDO C. GRIFFITH,

      Petitioner,

          v.                             CAUSE NO. 3:23-CV-224-MGG

WARDEN,

      Respondent.

## ORDER

Fernando C. Griffith, a prisoner without a lawyer, filed a motion for appointment of counsel. The Criminal Justice Act, 18 U.S.C. § 3006A(a)(2)(B), permits the appointment of counsel in a habeas corpus case, if "given the difficulty of the case and the litigant's ability, [he] could not obtain justice without an attorney, he could not obtain a lawyer on his own, and he would have . . . a reasonable chance of winning with a lawyer at his side." *Winsett v. Washington*, 130 F.3d 269, 281 (7th Cir. 1997).

To start, Griffith represents that he has diligently attempted to secure counsel but offers no description of these efforts. Griffith further asserts that he needs counsel because he lacks the ability to litigate this case on his own due to the complexity of his case, but his filings to date, and particularly his habeas petition, have been cogent and relevant. He represents that a fellow prisoner who had assisted him with this case has transferred and can no longer assist him, but the quality of this motion for counsel and prior State court filings suggest that he remains reasonably competent at preparing legal documents on his own. *See e.g.,* ECF 8-9; ECF 8-15; ECF 11. Griffith also suggests

that he needs counsel to represent himself at court hearings, but there are no hearings scheduled in this case. Additionally, the court will be in a better position to assess Griffith's ability to litigate on his own and whether Griffith would have a reasonable chance of success with counsel after the parties have briefed this case and after reviewing the State court record. Therefore, the court denies this motion, but Griffith may file another motion once this habeas case is fully briefed.

For these reasons, the court DENIES the motion to appoint counsel (ECF 11).

SO ORDERED on June 16, 2023

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge

2