UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FERNANDO C. GRIFFITH,

      Petitioner,

          v.                                  CAUSE NO. 3:23-CV-224-MGG

WARDEN,

      Respondent.

## ORDER

Fernando C. Griffith, a prisoner without a lawyer, filed a motion to extend the deadline by seventy-four days. He explains that he needs additional time to prepare a traverse due to limited access to the law library. While the court is generally willing to extend this deadline, Griffith has not demonstrated good cause for such a lengthy extension. Therefore, the court will extend the deadline by only thirty days at this time, but Griffith may, if necessary, file a motion for an additional extension of time as the deadline approaches.

For good cause shown, the court:

(1) GRANTS IN PART the motion to extend (ECF 13); and

(2) EXTENDS the deadline to file a traverse to August 18, 2023.

SO ORDERED on July 11, 2023.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge