UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FERNANDO C. GRIFFITH,

     Petitioner,

        v.                             CAUSE NO. 3:23-CV-224-MGG

WARDEN,

     Respondent.

## ORDER

Fernando C. Griffith, a prisoner without a lawyer, filed a motion to extend the deadline to file a traverse by one month. He explains that he needs additional time due to limited access to the law library. For good cause shown, the court will grant the extension.

Griffith also asks the court to order the Warden to grant him at least six hours of law library access per week. The court declines to issue such an order, but Griffith may, if necessary, file another motion to extend the deadline, which the court will grant upon a showing of good cause. Griffith may also show this order to prison officials to demonstrate that he has a valid need for access to the law library.

For these reasons, the court:

(1) GRANTS the motion to extend (ECF 17); and

(2) EXTENDS the deadline to file a traverse to <u>October 31, 2023</u>.

SO ORDERED on September 28, 2023.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge