UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FERNANDO C. GRIFFITH,

    Petitioner,

       v.                                 CAUSE NO. 3:23-CV-224-MGG

WARDEN,

    Respondent.

## ORDER

Fernando C. Griffith, a prisoner without a lawyer, filed a motion to extend the deadline to file a traverse. However, this motion is duplicative of a prior motion to extend, which the court has already granted. ECF 17, ECF 18.

For these reasons, the court DENIES as MOOT the motion to extend (ECF 19).

SO ORDERED on October 2, 2023

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge