UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FERNANDO C. GRIFFITH,

      Petitioner,

          v.                                  CAUSE NO. 3:23-CV-224-MGG

WARDEN,

      Respondent.

## ORDER

Fernando C. Griffith, a prisoner without a lawyer, filed a motion to extend the deadline to file a traverse. He explains that he needs additional time due to limited access to the law library.

For good cause shown, the court:

(1) GRANTS the motion to extend (ECF 21); and

(2) EXTENDS the deadline to file a traverse to November 30, 2023.

SO ORDERED on November 6, 2023

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge