UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FERNANDO C. GRIFFITH,

Petitioner,

v.                                          CAUSE NO. 3:23-CV-224-MGG

WARDEN,

Respondent.

ORDER

Fernando C. Griffith, a prisoner without a lawyer, filed a motion to extend the deadline to file a traverse by eleven days. He explains that he needs additional time to obtain an affidavit from an attorney in support of his traverse. For good cause shown, this motion will be granted.

Griffith also renews his request for appointment of counsel, citing limited access to the law library. On June 16, 2023, the court denied his motion for counsel, finding that Griffith was reasonably competent at preparing legal documents and noting that the court would be in a better position to assess his need for counsel after this case was fully briefed. ECF 12. For the same reasons, the court declines to appoint counsel at this time. While limited access to the law library may be delaying Griffith's efforts, it does not appear to be preventing Griffith from preparing a traverse.

For these reasons, the court:

(1) DENIES the request for counsel;

(2) GRANTS the motion to extend (ECF 23); and

(3) EXTENDS the deadline to file a traverse to <u>December 29, 2023</u>.

SO ORDERED on November 30, 2023

s/ Michael G. Gotsch, Sr.

Michael G. Gotsch, Sr.
United States Magistrate Judge
