UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FERNANDO C. GRIFFITH,

      Petitioner,

           v.                                CAUSE NO. 3:23-CV-224-MGG

WARDEN,

      Respondent.

## ORDER

Fernando C. Griffith, a prisoner without a lawyer, filed a habeas corpus petition under 28 U.S.C. § 2254 to challenge his convictions for murder, arson, and burglary under Case No. 41C01-5-CF-114. ECF 1. The court ordered the Warden to file a response to the habeas petition and to produce the entire State court record. ECF 2. The Warden then sought permission to file a partial response raising only procedural arguments and to submit only portions of the State court record, which the court conditionally granted. ECF 9, ECF 10. However, after some consideration of the procedural issues, the court's preference is to review the entire State court record and to invite supplemental briefing on the merits of the ineffective assistance of counsel claims presented in Ground 4 of the habeas petition.

For these reasons, the court ORDERS the Warden to file by June 17, 2024, the entire State court record and a supplemental brief consistent with this Order.

SO ORDERED on May 3, 2024

                                  s/ s/Michael G. Gotsch, Sr.

 

                               _____

                               Michael G. Gotsch, Sr.
United States Magistrate Judge