UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FERNANDO C. GRIFFITH,

      Petitioner,

        v.                          CAUSE NO. 3:23-CV-224-MGG

WARDEN,

      Respondent.

## ORDER

The Warden, by counsel, filed a motion to extend the deadline to file a supplemental response to the habeas petition. He explains that he needs additional time due to the number of habeas claims, the voluminous nature of the record, and the other professional obligations of counsel.

For good cause shown, the court:

(1) GRANTS the motion to extend (ECF 29); and

(2) EXTENDS the deadline to file a supplemental response to <u>August 1, 2024</u>.

SO ORDERED on June 7, 2024.

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge