**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

FERNANDO C. GRIFFITH,

       Petitioner,

       v.                      CASE NO. 3:23-CV-224-MGG

WARDEN,

       Respondent.

**ORDER REGARDING CONTINUED EXERCISE OF JURISDICTION**
**BY UNITED STATES MAGISTRATE JUDGE**

The duly appointed United States Magistrate Judge, having taken judicial notice of General Orders 2024-21 and 2024-22, as well as the case records of the United States District Court for the Northern District of Indiana, now makes the following findings and order:

1. On August 12, 2024, the Honorable Michael G. Gotsch, Sr. retired from his position as United States Magistrate Judge of the United States District Court for the Northern District of Indiana.

2. Pursuant to the provisions of the Federal Magistrate Act of 1979, the Judges of the United States District Court for the Northern District of Indiana appointed the Honorable Scott J. Frankel to serve as a United States Magistrate Judge for the Northern District of Indiana, effective August 13, 2024.

3. Due to the retirement of Honorable Michael G. Gotsch, Sr., the cases assigned to him will be reassigned to the Honorable Scott J. Frankel.

4. The above-captioned case is among those to be reassigned to Judge Frankel.

5. In this case, the parties consented to the exercise of jurisdiction by a United States Magistrate Judge in accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Local Rule 72-1.

6. As the parties filed their consent to a Magistrate Judge other than Judge Frankel, to avoid any potential conflicts of interest or other appearance of impropriety, the parties are given a reasonable period to object to the continued exercise of jurisdiction by the Honorable Scott J. Frankel., United States Magistrate Judge.

7. Accordingly, each party shall have twenty-one (21) days from the date of this order to object to the continued exercise of jurisdiction over this matter by the Honorable Scott J. Frankel.

8. The case will remain on full consent with Magistrate Judge Frankel unless you object to such reassignment within twenty-one (21) days from the date of this notice **by notifying the clerk's office in writing**. To maintain the confidentiality of the consent process, **do NOT notify chambers or file any objection on the docket**. Rather, if you object to the reassignment, you must either mail or email your objection to the clerk's office where the case is pending (as denoted at the bottom of the consent form) and be sure to include the name and cause number of the case. If an objection is received, the case will be randomly assigned to a district judge in accordance with the Court's General Orders on case assignments.

**SO ORDERED** this 16th day of August 2024.

s/ Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge

2