UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FERNANDO C. GRIFFITH,

      Petitioner,

          v.                                   CAUSE NO. 3:23-CV-224-SJF

WARDEN,

      Respondent.

## ORDER

The Warden, by counsel, filed a supplemental response to the habeas petition. Consequently, the court will set a deadline to file a supplemental traverse.

For these reasons, the court:

(1) GRANTS Fernando C. Griffith until <u>January 17, 2025</u>, to file a supplemental traverse; and

(2) CAUTIONS Fernando C. Griffith that, if he does not respond by that deadline, the court may resolve the habeas petition without the benefit of further briefing.

SO ORDERED on December 4, 2024.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge