# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FERNANDO C GRIFFITH

        Petitioner

    v.

                                              Civil Action No.  3:23-cv-224

WARDEN,
Miami Correctional Facility

        Respondent.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one):*

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  The Petition for Writ of Habeas Corpus is DENIED. Judgment ENTERED in favor of
Respondent Warden and against Petitioner Fernando C Griffith. Petitioner Fernando C Griffith is
DENIED a certificate of appealability pursuant to Section 2254 Habeas Corpus Rule 11.

This action was (*check one):*

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

_X_ decided by Magistrate Judge Scott J Frankel as to the Petition for Writ of Habeas Corpus.

DATE: 11/17/2025                CHANDA J. BERTA, CLERK OF COURT

                            by _ s/A. Highlen_____
                            *Signature of Clerk or Deputy Clerk*